James Joseph STANDLEY, Jr. *v*. STATE of Arkansas

738 S.W.2d 423

Supreme Court of Arkansas
Opinion delivered November 9, 1987

*Billy J. Allred*, for appellant.

No response.

PER CURIAM. Appellant, James Joseph Standley, Jr., by his attorney, has filed for a rule on the clerk. His attorney, Billy J. Allred, admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.